

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2023

No. 04-23-00763-CR & 04-23-00764-CR

Jerry L. **MASSEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR4026W & 2023CR4027W
Honorable Joel Perez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, appeal nos. 04-23-00763-CR & 04-23-00764-CR are DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 11 2023.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2023.

_____
Michael A. Cruz, Clerk of Court